■ CHERYL FREEMAN, Respondent, v PRINCE LEASING CORP. et al., Appellants, et al., Defendant. [853 NYS2d 517]—

The issue that plaintiff failed to establish she had suffered a serious injury, as defined by Insurance Law § 5102 (d), is not properly before us. No appeal lies from denial of a motion for

reargument (*see Trexler v Kahanovitz*, 41 AD3d 161, 162 [2007]). Concur—Tom, J.P., Andrias, Nardelli and Sweeny, JJ.